516

163 A.3d 873

IN THE MATTER OF SANFORD F. SOLNY, AN ATTORNEY
AT LAW (ATTORNEY NO. 002411983)

July 7, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–079, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **SANFORD F. SOLNY** of **BROOKLYN, NEW YORK,** who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of six months based on discipline imposed in the state of New York that in New Jersey constitutes violations of *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation) and *RPC* 8.4(d)(conduct prejudicial to the administration of justice);

And **SANFORD F. SOLNY** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined from its review of the matter that a prospective two-year term of suspension from practice is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **SANFORD F. SOLNY** is suspended from the practice of law for a period of two years, effective immediately, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of

*Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(d); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.